```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
           DIVISION OF ST. THOMAS AND ST. JOHN
```

PEDRO CARRILLO,                )
                               )
         Plaintiff,            )
                               )   Civ.No.13-116
                               )
v.                             )
                               )
UNITED STATES VIRGIN ISLANDS   )
BUREAU OF CORRECTIONS,         )
                               )
         Defendant.            )
                               )
_____)

ATTORNEYS:

**Pedro Carrillo**
Pound, VA.
    *Pro se,*

**Claude Walker, Attorney General**
**Raymond T. James, AAG**
Christiansted, VI
    *For defendant.*


## JUDGMENT

**GÓMEZ, J.**

Before the Court is the motion of the United States Virgin Islands Bureau of Corrections to dismiss this action.

For the reasons articulated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that the Motion to Dismiss is hereby **GRANTED**; it is further

*Carrillo v. Bureau of Corrections*
Crim. No. 13-116
Memorandum Opinion
Page 2

     **ORDERED** that the trial setting in this matter is **VACATED**; it is further

     **ORDERED** that all pending motions in this case are **MOOT**; it is further

     **ORDERED** that this case is **DISMISSED;** and it is further

     **ORDERED** that the Clerk of the Court shall **CLOSE** this case.

                                         S\_____
                                            **Curtis V. Gómez**
                                            **District Judge**

Case: 1:13-cv-00116-CVG-GWC   Document #: 24   Filed: 03/02/17   Page 2 of 2